AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS__

United States of America

v.

DAVID GODINEZ

**EXHIBIT AND WITNESS LIST**

Case Number: 4:15-CR-152-A(03)

| PRESIDING JUDGE<br>Judge McBryde | PLAINTIFF'S ATTORNEY<br>Shawn Smith -AUSA | DEFENDANT'S ATTORNEY<br>Christopher Mulder |
|---|---|---|
| TRIAL DATE(S)<br>Rearraignment Hearing 8/14/2015 | COURT REPORTER<br>Debbie Saenz | COURTROOM DEPUTY<br>F. Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Yes | | 8/14/2015 | 1 | Yes | Government Exh. 1 - Admitted |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 4 2015

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages